# Order

Michigan Supreme Court
Lansing, Michigan

April 18, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145206(51)

GRANGE INSURANCE COMPANY OF
MICHIGAN,
    Plaintiff/Counter-
    Defendant/Appellant,

v

EDWARD LAWRENCE, Individually and
Joint Personal Representative of the Estate of
Josalyn A. Lawrence, and LAURA ROSINSKI,
Individually and Joint Personal Representative
of the Estate of Josalyn A. Lawrence,
    Defendants-Appellees,
and

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
    Defendant/Counter-
    Plaintiff-Appellee.

_____

SC: 145206
COA: 303031
Muskegon CC: 10-047159-CK

On order of the Chief Justice, the motion by the State Bar Family Law Section for leave to file a brief amicus curiae is considered and it is granted.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 18, 2013

_____
Clerk